UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 11295

DIARIO EL PAIS, S.L. and PRISACOM, S.A., )
)
Plaintiffs, )       Case No. _____
)
v. )
)
THE NIELSEN COMPANY, (US) INC., )    RULE 7.1 STATEMENT
)
Defendant. )

RECEIVED DEC 17 2007

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Diario El Pais, S.L. and Prisacom, S.A., private non-governmental parties, certifies that the following are corporate parents, affiliates and/or subsidiaries of both parties, which are publicly held:

    Promotora de Informaciones, S.A., Sogecable S.A. and Grupo Media Capital, SGPS, SA.

Date: December 17, 2007

*William O. Purcell*
William O. Purcell (WP 5001)
Ethan E. Litwin
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500

*Attorneys for Plaintiffs*

DM_US:20919731_1