Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DIARIO EL PAIS, S.L. and PRISACOM, S.A.,

V.

THE NIELSEN COMPANY (US), INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11295

TO: (Name and address of Defendant)

> The Nielsen Company (US), Inc.
> Attn: Tax Dept.
> 770 Broadway
> New York, New York 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> William O. Purcell
> HOWREY LLP
> 153 East 53rd Street, 54th Floor
> New York, New York 10022

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE   DEC 17 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 17, 2007 |
| NAME OF SERVER (PRINT) Daniel Welch | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

770 Broadway, 2nd Floor, New York, NY 10033 (see attached for authorized agent info)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/07
              Date

*Signature of Server*

153 E 53rd Street, 54th Floor
New York, NY 10022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# nielsen

Mark Borino
Legal and Tax Assistant
Legal and Tax Departments

The Nielsen Company
770 Broadway, New York, NY 10003
tel 646 654 4906  fax 646 654 4979
mark.borino@nielsen.com
www.nielsen.com