UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIARIO EL PAIS, S.L. and PRISACOM, S.A., <br><br>Plaintiffs, <br><br>v. <br><br>THE NIELSEN COMPANY (US), INC., <br><br>Defendant. | 07-CV-11295 (HB) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, upon the accompanying memorandum of law, the Declaration of William J. Taylor, Jr. and the exhibits thereto, and all other papers and proceedings herein, defendant The Nielsen Company (US), Inc. shall move this Court, before the Honorable Harold Baer, Jr., United States District Judge for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice all claims in the Complaint, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 8, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Leslie Gordon Fagen (lfagen@paulweiss.com)
Aidan Synnott (asynnott@paulweiss.com)
William J. Taylor, Jr. (wtaylor@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendant The Nielsen Company (US), Inc.*