UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIARIO EL PAIS, S.L. and PRISACOM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE NIELSEN COMPANY (US), INC., <br><br> Defendant. | 07-CV-11295 (HB) <br><br> **RULE 7.1** <br> **DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant The Nielsen Company (US), Inc. ("Nielsen") certify as follows: Nielsen is a private corporation owned by a series of privately-held companies, with its ultimate parent being Valcon Acquisition Holding (Luxembourg) S.A.R.L. ("Valcon"). Valcon, a private limited company incorporated under the laws of Luxembourg, is in turn owned by a consortium of private-equity funds, some of which are managed by The Blackstone Group L.P., a publicly-traded company.

Dated: New York, New York
February 8, 2008

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: _/s/ William J. Taylor, Jr._
           Leslie Gordon Fagen (lfagen@paulweiss.com)
           Aidan Synnott (asynnott@paulweiss.com)
           William J. Taylor, Jr. (wtaylor@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000

        *Attorneys for Defendant The Nielsen Company (US), Inc.*