UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIARIO EL PAIS, S.L. and PRISACOM, S.A., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07-cv-11295 (HB) |
| | ) | |
| v. | ) | |
| | ) | |
| THE NIELSEN COMPANY (US), INC., | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK  )

     I, Jenifer J. Liu, Esq., being duly sworn, hereby declare and attest under penalty of perjury that:

     On April 3, 2008, I personally served a true and exact copy of plaintiffs' AMENDED COMPLAINT together with its CONFIDENTIAL ANNEX 1 by hand delivery to:

          William J. Taylor, Jr.
          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          1285 Avenue of the Americas
          New York, NY 10019-6064

                                          _Jenifer J. Liu_ (signature)

                    Jenifer J. Liu, Esq.
                    Howrey LLP
                    Citigroup Center
                    153 E. 53rd St., 54th Floor
                    New York, NY 10022

     SUBSCRIBED and SWORN to before me on this 7th day of April, 2008.

_Notary Public_ (signature)
Notary Public

CHRISTINA ANN BENNETT
Notary Public -- State of New York
NO. 01BE6040323
Qualified in Queens County
My Commission Expires _9/17/10_