HOWREY LLP

199 East 53rd Street, Floor 04
New York, NY 10022
www.howrey.com

Ethan E. Litwin
Partner
T 212.896.6591
F 646.417.5692
litwine@howrey.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

RECEIVED
APR 10 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

April 10, 2008

BY HAND AND FAX (212) 805-7901

The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re:   *Diario El Pais, S.L., et al., v. The Nielsen Company (US), Inc.*
      Index No. 07 Civ. 11295 (HB) (GWG)

Dear Judge Baer:

Section 4 of the Proposed Pretrial Scheduling Order ("Order") entered on March 28, 2008 in the above-referenced action requires the parties, if applicable, to submit to the Court any decisions reached relating to the handling of electronic discovery within 10 days of the signing of the Order. The parties have conferred on electronic discovery and have agreed, given the timetable and 60-day stay of discovery, to enter into a stipulation on electronic discovery. We expect to file the stipulation with the Court closer to the start of discovery.

Respectfully submitted,

Ethan E. Litwin

cc:   Leslie G. Fagan, Esq.
      Aidan Synnott, Esq.
      William Taylor, Esq.

*[Handwritten note from Judge:]* This is longer than planned but because of the stay I will allow this extra time. In all events your inclusion + notes best be no problems and take time to address.

SO ORDERED:
Harold Baer, U.S.D.J.
Date: 4/10/08

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21143556_1

Endorsement:

This is longer than planned but because of the story I will allow the extra time - but your stipulation best be all inclusive and raise no problems that will take time to address.