

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3231

WRITER'S DIRECT FACSIMILE

(212) 373-2037

WRITER'S DIRECT E MAIL ADDRESS

lfagen@paulweiss.com

May 15, 2008

**By Hand**

The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007



*Diario El Pais, S.L. and Prisacom, S.A.* v. *The Nielsen Company (US), Inc.*
07 CV 11295 (HB)

Dear Judge Baer:

In accordance with the Pretrial Scheduling Order in this action, defendant The Nielsen Company (US), Inc. ("Nielsen") is filing and serving today reply papers in support of its motion under Fed. R. Civ. P. 12(b)(6) to dismiss plaintiffs' amended complaint with prejudice. Pursuant to Paragraphs 4(A)(i) and 4(B) of Your Honor's Individual Practices, enclosed herein is one complete copy set each of (a) Nielsen's reply papers and (b) plaintiffs' papers filed in opposition to the motion.

We note that while we are serving plaintiffs' counsel today with the same unredacted versions of these reply papers as are included with this letter, given the previous request of plaintiffs and pursuant to both Paragraph 17 of the Stipulated Protective Order in this action as well as Your Honor's April 22 endorsement of a similar request, we are currently filing only a redacted version of the reply brief, with all discussions of the sealed Annex 1 to plaintiffs' amended complaint removed, in the Court's public ECF system. Thus, in accordance with plaintiffs' request, Paragraph 17 of the Stipulated Protective Order, and the April 22 endorsement, we hereby respectfully

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Honorable Harold Baer, Jr.

request permission from Your Honor to file the unredacted version of Nielsen's reply
brief under seal.

Respectfully submitted,

Leslie Gordon Fagen

Enclosures

cc:     William O. Purcell, Esq. (via e-mail and hand)

*[handwritten notation across lower portion of page]*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 5/22/08

Endorsement:

      This sounds right to me and I will grant your application to file the unredacted version of Nielsen's reply under seal - a short form order would have done as well - or better.